UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD CHAKLOS and ANDREW WIST,<br><br>    Plaintiffs,<br><br>  v.<br><br>KATHLEEN STEVENS, MICHAEL SHEPPO, DONNA METZGER, RICHARD KARPAWICZ, CRAIG ALLEN, SUSAN VONDRAK, and MICHAEL YOKLEY,<br><br>    Defendants. | Case No. 06-cv-4063-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court, the issues having been heard, and the Court have rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiffs, Richard Chaklos and Andrew Wist, against Defendants Richard Karpawicz, Craig Allen, and Michael Yorkley in this case are dismissed with prejudice;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Kathleen Stevens, Michael Sheppo, Donna Metzger, and Susan Vondrak, and against plaintiffs Richard Chaklos and Andrew Wist on all claims and that the claims are dismissed with prejudice.

**DATED: September 20, 2007.**          **NORBERT G. JAWORSKI, CLERK**


                                                             **By:s/Deborah Agans, Deputy Clerk**
**APPROVED:**   s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **U.S. District Judge**